✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

_____   DISTRICT OF   Nevada _____

Overseas Private Investment Corporation,

                                        Plaintiff,

                    V.

Casamar Holdings, Inc.,

                                        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:11-cv-00208-GMN -PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

IT IS HEREBY ORDERED that Judgment be entered in favor of Plaintiff and against Defendant in the amount of $981,953.96, together with post judgment interest that will continue to accrue in the amount of $209.55 per day, as agreed upon pursuant to the contract between the parties; and

IT IS FURTHER ORDERED that Plaintiff is awarded attorney's fees and costs pursuant to the contract between the parties in the amount of $2,851.30.

December 1, 2011
_____
Date

/s/ Lance S. Wilson
_____
Clerk

/s/ Aaron Blazevich
_____
 (By) Deputy Clerk